*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00427-CV

Jackie T. **BUTLER**,
Appellant

v.

Michael **SPENCER**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-15031
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:   September 17, 2008

DISMISSED

Appellant has filed a motion indicating that the parties have fully resolved and settled all issues in dispute. Because the parties have reached a final settlement of all issues raised in this appeal, appellant asks that we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant's motion to dismiss is granted, and this appeal is dismissed. The parties have agreed that each party will bear his or her own costs; therefore, costs of appeal are taxed against the parties who incurred them. *See id.* at (d).

PER CURIAM